# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR14-684-CAS-26 |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| JESUS RODRIGUEZ, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On August 10, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on July 18, 2018. Government counsel, Christopher Kendall, the defendant and his appointed CJA counsel, James Bisnow, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on July 18, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 14, 2016.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant shall continue on supervised release, under the same terms and conditions previously imposed, with the added condition, as follows:

- The offender shall participate for a period of 180 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as

directed by the Probation Officer.  The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.  In addition, the program fees shall be waived.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   August 10, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:   /S/_____
   Catherine M. Jeang,  Deputy Clerk