Case 2:14-cr-00684-CAS Document 1975 Filed 05/04/20 Page 1 of 2 Page ID #:15169

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-684-CAS-26 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| JESUS RODRIGUEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 4, 2020, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 23, 2020. Government counsel, Christopher Kendall, the defendant and his appointed CJA counsel, James Bisnow, were present. The U.S. Probation Officer, Jay To, was also present.

The defendant admits allegations 2, 3 and portions of 4, pertaining to the months of November/2019 and December/2019, as amended on the record, in violation of his supervised release as stated in the petition filed January 23, 2020. The Court grants the government request to dismiss allegations 1, portions of 4, pertaining to the months of August/2019, September/2019 and October 2019, as amended on the record, and 5, as stated in the petition filed January 23, 2020. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 14, 2016 and August 10, 2018.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of five (5) months, with no supervision to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: May 4, 2020

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

2